| | |
|---|---|
| 1 | JEFFREY M. GLASS, Illinois Bar No. 6206976 |
| 2 | **SMITH AMUNDSEN LLC**<br>308 W. State Street, Suite 320 |
| 3 | Rockford, IL 61101<br>Tel: (815) 904-8804 |
| 4 | Fax: (815) 904-8805 |
| 5 | JGlass@salawus.com |
| 6 | LEAD COUNSEL ADMITTED PRO HAC VICE |
| 7 | MICHAEL J. BAYTOSH, State Bar No. 176189 |
| 8 | **BAYTOSH LAW FIRM**<br>2377 Gold Meadow Way, Suite 100 |
| 9 | Gold River, CA 95670<br>Tel: (916) 631-1940 |
| 10 | Fax: (916) 313-3235<br>Mike@Baytoshlaw.com |
| 11 | LOCAL COUNSEL |
| 12 | Attorneys for Defendant and |
| 13 | Counterclaimant, IXMATION, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SWITCH (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC, A California Limited Liability Company, as Successor-in-Interest to Switch Bulb Company, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>IXMATION, INC., an Illinois Corporation,<br><br>Defendant. | CASE NO.: 3:15-CV-01637-MEJ<br><br>**NOTICE OF JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

1

The parties, by and through their respective counsel, hereby request a telephonic appearance by lead trial counsel at the Case Management Conference scheduled for August 20, 2015. Good cause exists for the request in that both lead trial counsel reside out of state, and travel to California for the court appearance would be a significant and unnecessary expense. Lead trial counsel for Plaintiff, SWITCH, LLC William S. Helfand resides in the Houston, Texas area, and Defendant, IXMATION, INC.'s lead trial counsel, Jeffrey M. Glass resides in the Rockford, Illinois area.

Respectfully submitted,

Dated: August 7, 2015

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS, & AUGHTRY**

By: /s/ William S. Helfand
      WILLIAM S. HELFAND
      Attorneys for Plaintiff, SWITCH, LLC

Dated: August 7, 2015

**SMITHAMUNDSEN LLC**

By: /s/ Jeffrey H. Glass
      JEFFREY H. GLASS
      Attorneys for Defendant, IXMATION, INC.

Dated: August 7, 2015

**BAYTOSH LAW FIRM**

By: /s/ Michael J. Baytosh
      MICHAEL J. BAYTOSH, SBN 176189
      Attorneys for Defendant, IXMATION, INC.

**IT IS SO ORDERED.**

Counsel shall make themselves available beginning at 10:00 a.m. Court will be called in the order of the calendar. Counsel is not excused until called. Counsel shall set up a conference call and call the courtroom deputy, Rose Maher, at 415-522-4708 and give her the call in number 24 hrs. prior to the Case Management Conference.

Dated: August 10, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge