UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWITCH, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IXMATION, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-01637-MEJ<br><br>**ORDER GRANTING REQUEST TO CONTINUE CERTAIN CASE MANAGEMENT DEADLINES**<br><br>Re: Dkt. No. 38 |

On October 14, 2015, the parties filed a Joint Motion to Amend Case Management Order and ADR Status Report. Dkt. No. 38. Having reviewed the parties' motion, the Court **ORDERS** as follows:

1) The discovery deadline is continued to March 21, 2016;

2) The deadline to file dispositive motions is continued to April 21, 2016, with the hearing on dispositive motions continued to May 26, 2016 at 10:00 a.m; and

3) All subsequent pretrial and trial deadlines and hearings are vacated and shall be rescheduled if necessary after ruling on any dispositive motions.

**IT IS SO ORDERED.**

Dated: October 15, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge