UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWITCH, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>IXMATION, INC.,<br><br>        Defendant. | Case No. 15-cv-01637-MEJ<br><br>**ORDER RE: MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 42 |

Pending before the Court is Plaintiff Switch, LLC's Motion for Leave to File First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a). As it does not appear the parties conferred before Plaintiff filed the motion, the Court ORDERS Defendant Ixmation, Inc. to meet and confer with Plaintiff by November 12, 2015, to determine whether it will consent to allow Plaintiff to file its First Amended Complaint. If so, the parties shall file a stipulation by November 16, 2015. If the parties are unable to reach an agreement, Defendant shall file its Opposition by November 16, in compliance with Civil Local Rule 7.

Defendant should be mindful of Rule 15's requirement that the Court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). The Court considers five factors in determining whether to grant leave to amend: "(1) bad faith, (2) undue delay, (3) prejudice to the opposing party, (4) futility of amendment; and (5) whether plaintiff has previously amended his complaint." *In re Western States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 738 (9th Cir. 2013) (quotation omitted). "Absent prejudice, or a strong showing of any of the remaining [] factors, there exists a *presumption* under *Rule 15(a)* in favor of granting leave to amend." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003) (emphasis in original).

**IT IS SO ORDERED.**

Dated: November 3, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge