UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SWITCH, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>IXMATION, INC.,<br><br>                Defendant. | CASE NO.: 15-cv-01637-MEJ<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES TO DISCLOSE EXPERT AND REBUTTAL EXPERT WITNESSES** |

After having considered the parties' Joint Motion to Continue Deadlines to Disclose Expert and Rebuttal Expert Witnesses (the "Motion") and pursuant to Federal Rule of Civil Procedure 16(b)(4), and good cause appearing therefore, the Court

GRANTS the Motion and enters the amended Case Management Order on this date. Expert & rebuttal witness deadlines continued to 2/22 & 3/7/16.

**IT IS SO ORDERED.**

Dated: December 23, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge